```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 13720
   IOLA CONNELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6726

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/12/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  82.00%.

     The case was paid in full 07/11/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG       .00           .00           .00
ECAST SETTLEMENT CORP      UNSECURED        8751.65          .00        7176.35
CAPITAL ONE                UNSECURED        1783.15          .00        1462.18
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         622.61          .00         510.54
AT&T WIRELESS              UNSECURED         110.08          .00          90.27
I C COLLECTION SERVICE     UNSECURED       NOT FILED         .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         318.23          .00         260.95
PEOPLES GAS LIGHT & COKE   UNSECURED          23.93          .00          19.62
B-LINE LLC                 UNSECURED         773.33          .00         634.13
WALMART                    UNSECURED       NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED         923.78          .00         757.50
ECAST SETTLEMENT CORP      UNSECURED         366.61          .00         300.62
WASHINGTON MUTUAL          MORTGAGE ARRE     824.75          .00         824.75
LORRAINE GREENBERG & ASS   DEBTOR ATTY     1,035.00                    1,035.00
TOM VAUGHN                 TRUSTEE                                       762.52
DEBTOR REFUND              REFUND                                        568.06

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE               14,402.49

PRIORITY                                            .00
SECURED                                          824.75
UNSECURED                                     11,212.16
ADMINISTRATIVE                                 1,035.00
TRUSTEE COMPENSATION                             762.52
DEBTOR REFUND                                    568.06
                     ---------------         ---------------
TOTALS                14,402.49               14,402.49
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 13720 IOLA CONNELL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 10/25/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```